UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 18-CR-10350 |
| | ) |
| v. | ) Violation: |
| | ) |
| DANIEL HERNANDEZ IXTA, | ) 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(i) & |
| | ) (vi) – Distribution of and Possession with |
| Defendant. | ) Intent to Distribute 400 Grams or More of |
| | ) Fentanyl and One Kilogram or More of |
| | ) Heroin |
| | ) |
| | ) 21 U.S.C. § 853 – Drug Forfeiture |
| | ) Allegation |
| | ) |

## INDICTMENT

**COUNT ONE:** Title 21, United States Code, Sections 841(a)(1) & (b)(1)(A)(i) & (vi) – Distribution of and Possession with Intent to Distribute 400 Grams or More of Fentanyl and One Kilogram or More of Heroin

The Grand Jury charges that:

On or about August 29, 2018, at North Andover, in the District of Massachusetts, and elsewhere, the defendant,

**DANIEL HERNANDEZ IXTA,**

did knowingly and intentionally distribute and possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, and one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i), (vi).

## **DRUG FORFEITURE ALLEGATION**
(Title 21, United States Code, Section 853)

1. Upon conviction of the offense in violation of Title 21, United States Code, Section 841, set forth in Count One of this Indictment, defendant,

### **DANIEL HERNANDEZ IXTA,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
JARED C. DOLAN
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS         September 26, 2018

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

9/26/2018
@ 3:45pm