UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO.   18-CR-10350 LTS |
| | ) | |
| DANIEL HERNANDEX IXTA, | ) | |
| | ) | |
| Defendant | ) | |

**JOINT STATUS REPORT**

The defendant was charged by indictment in September 2018 with possession with intent to distribute heroin and fentanyl.  In October 2018, a grand jury returned a superseding indictment adding an additional count of conspiracy to distribute and to possess with intent to distribute heroin and fentanyl.  On February 13, 2019, the Court held an interim status conference and directed the parties to file a further status report providing an update on discovery.  Specifically, while the government had made available for inspection additional video footage relevant to the charges, the government had not yet been able to provide a copy of that video footage based on the size of the videos.

On February 27, 2019, the government was able to successfully copy the videos requested by the defendant onto a storage device provided by the defendant for that purpose. The discovery has now been provided to the defendant and receipt has been confirmed.

Accordingly, the parties request that the Court set a schedule for pretrial motions under

Rule 12, specifically: (1) any pretrial motions to be filed by April 5, 2019; and (2) opposition to any motions filed by April 26, 2019.

DATED: March 6, 2019

                                              Respectfully submitted,

                                              ANDREW E. LELLING
                                              United States Attorney

By:    */s/ Jared C. Dolan*
          Jared C. Dolan
          Assistant U.S. Attorney

<u>Certificate of Service</u>

   I hereby certify that on March 6, 2019, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                <u>/s/ *Jared C. Dolan*    </u>
                JARED C. DOLAN
                Assistant U.S. Attorney