UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No.: 18-CR-10350 LTS-1

UNITED STATES OF AMERICA,

Plaintiff

v.

DANIEL HERNANDEZ IXTA,

Defendant

## DEFENDANT'S ASSENTED MOTION TO CONTINUE

The defendant, with the assent of the Government, moves this Court to enter an Order rescheduling the Status hearing scheduled for today, July 8, 2019.

As reason therefore, the parties are working towards a resolution in this matter.

WHEREFORE, the defendant, with the assent of the Government moves this Court to reschedule this matter for thirty (30) days or a date convenient to this Court.

Defendant waives his constitutional rights to a speedy trial and assents to an exclusion of time for attorney preparation."

Dated:  July 8, 2019

                    RESPECTFULLY SUBMITTED
                    FOR DEFENDANT
                    BY HIS ATTORNEY

/s/Scott F. Gleason
Scott F. Gleason, Esquire
**GLEASON LAW OFFICES, P.C.**
163 Merrimack Street
Haverhill, MA  01830
(978) 521-4044
B.B.O. Reg. #195000

## CERTIFICATE OF SERVICE

I, Scott F. Gleason, Esquire, do hereby certify that I have this date delivered by electronic filing a copy of the within document to Jared C. Dolan, Assistant U.S. Attorney at the UNITED STATES ATTORNEY'S OFFICE.

Dated:  July 8, 2019

/s/Scott F. Gleason
Scott F. Gleason, Esquire